United States Courts
Southern District of Texas
FILED
December 10, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JAIRO MERCEDES AMAYA MARTINEZ**, <br><br> Defendant. | Case No. **4:25-cr-00665** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

**(Forcible Assault on a Federal Officer)**

On or about November 7, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**JAIRO MERCEDES AMAYA MARTINEZ**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Victim, an Officer of the Department of Homeland Security, Immigration and Customs Enforcement, while that person was engaged in and on account of the performance of official duties, and caused physical contact and inflicted bodily injury.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

**A TRUE BILL:**

*Original Signature on File*
**FOREPERSON OF THE GRAND JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

BY: _____
 **Tanja Titre**
 **Assistant United States Attorney**